# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>  Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No. 2:21-cv-03451-CBM-PxD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY [36]** |

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant Equifax Information Services, LLC and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC., ONLY.

**IT IS SO ORDERED.**

Dated: NOVEMBER 12, 2021

_____
Honorable Consuelo B. Marshall
United States District Judge