# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>      Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendants. | Case No. 2:21-cv-03451-CBM-PDx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC ONLY [38]** |

Plaintiff Mayra Aranda and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Mayra Aranda against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this 16th day of December 2021.

_____
**HONORABLE CONSUELO B. MARSHALL**
UNITED STATES DISTRICT JUDGE

3901510.1

1