# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:21-cv-03451-CBM-PDx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FACT DISCOVERY, EXPERT DISCOVERY, AND SETTLEMENT CONFERENCE DEADLINES BY 45 DAYS (SECOND REQUEST)** [50]<br><br>Action Filed: April 22, 2021<br>Trial Date: March 28, 2023 at 10:00 a.m. |

The Court having considered the Parties' Joint Stipulation to Continue Fact Discovery, Expert Discovery, and Settlement Conference Deadlines By 45 Days (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** that the Parties' Stipulation is **GRANTED**.

**PURSUANT TO THE STIPULATION, IT IS ORDERED** that:

1. Fact discovery cutoff is extended from June 6, 2022 to **July 21, 2022**.

2. Initial expert disclosure deadline is extended from August 5, 2022 to **September 19, 2022**.

3. Rebuttal expert disclosure deadline is extended from August 26, 2022 to **October 10, 2022**.

4. Expert discovery cutoff deadline is extended from September 26, 2022 to **November 10, 2022**.

5. Settlement conference deadline remains October 28, 2022.

6. The motion cutoff deadline remains December 13, 2022 at 10:00 a.m.

7. The Pre-Trial Conference remains January 17, 2023 at 2:30 p.m.

8. Trial remains March 28, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: MAY 9, 2022

_____
Honorable Consuelo B. Marshall
United States District Judge