# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>        Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 2:21-cv-03451-CBM-PDx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MOTION HEARING DATE [56]** |

**IT IS HEREBY ORDERED**, upon review of the Parties' Joint Stipulation to Continue Motion Hearing Date that such Stipulation is APPROVED and the Hearing on Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint currently set for June 21, 2022 at 10:00 a.m. is hereby continued to June 28, 2022 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: MAY 31, 2022

_____
Honorable Consuelo B. Marshall
United States District Judge