# EXHIBIT A

THE SUPERIOR COURT OF CALIFORNIA
**COUNTY OF LOS ANGELES**

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS

English ▾

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**Case Number:** 10CD2449
CHASE BANK USA VS ARANDA, MAYRA

**Filing Courthouse:** Norwalk Courthouse

Original Case Number: 10C02449
Original Court: Downey Courthouse

**Filing Date:** 06/17/2010
**Case Type:** Collections Case - Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1,2014) (Limited Jurisdiction)
**Status:** Legacy Judgment

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

None

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**Parties**
Plaintiff: CHASE BANK USA N. A.

Defendant: ARANDA MAYRA

Attorney for Plaintiff: NGUYEN HUAN T

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

10/13/2020 Order case file destroyed per section(s) 71008 and/or 68152 of the Government Code; Issued by: Clerk

04/05/2013 * CASE RENUMBERED FROM DOW10C02449 TO NOR10CD2449

04/05/2013 * CASE REASSIGNED TO THE NORWALK COURTHOUSE

04/05/2013 * EFFECTIVE 05/06/2013

08/09/2012 WRIT OF EXECUTION RETURNED FROM LOS ANGELES COUNTY WHOLLY UNSATISFIED. COSTS $ 35.00 .

03/02/2011 WRIT OF EXECUTION ISSUED TO LOS ANGELES COUNTY ON BEHALF OF (CHASE BANK USA) N.A. TIME MACHINE , RECEIPT NO. DOW512201020 .

NMAC 000179

**02/18/2011** DECLARATION RE: ACCRUED INTEREST FILED, $ 651.17 .

**09/01/2010** LETTER OF INTENTION FILED.

**09/01/2010** DECLARATION RE: SEC. 1033 CCP FILED.

**09/01/2010** DECLARATION RE: WAIVER OF EXCESS INTEREST FILED.

**09/01/2010** DECLARATION RE: SEC. 585(D) CCP FILED.

**09/01/2010** REQUEST FOR ENTRY OF JUDGMENT BY CLERK FILED.

**09/01/2010** DISMISSAL WITHOUT PREJUDICE FILED AS TO DOES / ROES 1-10 , [INCLUSIVE] ONLY.

**09/01/2010** REQUEST FILED AND DEFAULT ENTERED OF (ARANDA, MAYRA) . DECLARATION UNDER 585.5 CCP, DECLARATION PURSUANT TO 587 CCP, MEMO OF COSTS, AND DECLARATION OF NON-MILITARY STATUS FILED.

**09/01/2010** JUDGMENT ENTERED AS A FINAL DISPOSITION ON 09/01/10 . FOR (CHASE BANK USA) N.A. . AGAINST (ARANDA, MAYRA) . PRINCIPAL $ 16245.12 . ATTORNEY FEES $ 0.00 . INTEREST $ 240.34 . COSTS $ 371.00 . TOTAL $ 16,856.46 .

**09/01/2010** JUDGMENT DEFAULT BY CLERK ENTERED AS FOLLOWS:

**07/14/2010** PROOF OF SERVICE OF SUMMONS AND COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE ASSIGNMENT; ADR PACKAGE FILED. SERVED AS TO (ARANDA, MAYRA) . COSTS OF $ 41.00

**06/17/2010** ORDER TO SHOW CAUSE HEARING/CASE MANAGEMENT REVIEW SIGNED AND FILED BY ANA MARIA LUNA TO SHOW WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE PROOF OF SERVICE PURSUANT TO CRC 3.740(E). MATTER SET FOR HEARING ON 12/21/10 AT 09:00A M., IN DEPT. 008 . CERTIFICATE OF MAILING FILED.

**06/17/2010** ORDER TO SHOW CAUSE HEARING/CASE MANAGEMENT REVIEW SIGNED AND FILED BY ANA MARIA LUNA TO SHOW WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE PROOF OF SERVICE PURSUANT TO CRC 3.740(E). MATTER SET FOR HEARING ON 12/21/10 AT 09:00A M., IN DEPT. 008 . CERTIFICATE OF MAILING FILED.

**06/17/2010** NOTICE OF CASE ASSIGNMENT ON FILE. CASE IS ASSIGNED TO DEPT. 008 OF HONORABLE ANA MARIA LUNA .

**06/17/2010** SUMMONS FILED.

**06/17/2010** SUMMONS ISSUED.

**06/17/2010** COLLECTIONS CASE COMPLAINT FILED PURSUANT TO CRC 3.740. RECEIPT # DOW161886040 . Filing Fee: 330.00

NEW SEARCH

NMAC 000180