# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>       Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>       Defendant. | Case No. 2:21-cv-03451-CBM-PD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO THE ALLEGED CHASE JUDGMENT AGAINST PLAINTIFF** |

The Court having considered Plaintiff's Motion *in Limine* to Exclude Reference to the Alleged Chase Judgment Against Plaintiff, the Memorandum in Support, any attachments thereto, and any opposition, finds as follows:

**IT IS HEREBY ORDERED** that the Court GRANTS Plaintiff's Motion *in Limine* to Exclude Reference to the Alleged Chase Judgment Against Plaintiff. No reference shall be made to the alleged Chase judgment against Plaintiff.

**IT IS SO ORDERED.**

_____                   _____
Date                                   Honorable Consuelo B. Marshall
                                     United States District Court Judge