David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5515
E: david@pricelawgroup.com

Youssef H. Hammoud (SBN: 321934)
Lauren Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5596
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mayra Aranda*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-03451-CBM-PD<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Pretrial Conference: March 14, 2023 at 2:30 p.m.<br>Trial: March 28, 2023 at 10:00 a.m. |

Pursuant to the Court's Scheduling and Case Management Order (Doc No. 69, filed 07/22/2022) and the Order Extending the Final Pretrial Conference Date (Doc.

- 1 -

124), Plaintiff Mayra Aranda ("Plaintiff") submits her Witness List.

| | WITNESS NAME | DESCRIPTION OF TESTIMONY | TESTIFY BY DEPOSITION OR IN PERSON |
|---|---|---|---|
| 1 | Aranda, Mayra | Plaintiff will be testifying as to the allegations outlined in the Complaint and First Amended Complaint and the damages she suffered as a result of Defendant's violations -- as consistent with her deposition testimony and her declarations. | In person |
| 2 | Aranda, Sergio | Mr. Aranda is Plaintiff's husband and will testify as to his involvement as to Plaintiff's pursuit of a home mortgage, Plaintiff's related damages – as consistent with his deposition testimony and declaration(s). | In person |
| 3 | Defendant's 30(b)(6) Corporate Representative  Donley, Deborah | Ms. Donley's is Defendant's 30(b)(6) corporate representative and will testify as to Defendant's credit reporting policies and procedures consistent with her deposition testimony. | In person*  * Defendant has indicated that this witness will appear in person. However, in the event this witness does not appear for trial, Plaintiff will provide testimony by deposition read in. |

| 4 | Defendant's 30(b)(6) Corporate Representative<br><br>Wieber, Keith | Mr. Wieber is Defendant's Supervisor in Consumer Communications. He has knowledge of NMAC's policies and procedures related to collecting amounts owed associated with lease agreements and the facts/history of the Accounts at issue in this lawsuit. He is also qualified to interpret and explain Defendant's business records. | In person*<br><br>* Defendant has indicated that this witness will appear in person. However, in the event this witness does not appear for trial, Plaintiff will provide testimony by deposition read in. |
| --- | --- | --- | --- |
| 5 | Castillo, Jonathan | See deposition designations to be filed for exact description of testimony. | Deposition read in |
| 6 | Ramos, Jose Luis Morales | See deposition designations to be filed for exact description of testimony. | Deposition read in |

| 7 | Wagner, Donald William | See deposition designations to be filed for exact description of testimony. | Deposition read in |
|---|---|---|---|
| 8 | Toledo, Sandra | Ms. Toledo will testify as to her involvement in Plaintiff's April 2021 mortgage pre-approval application, and the reasons for denial – as consistent with her deposition testimony. | In-person |
| 9 | Stephens, Don | See deposition designations to be filed for exact description of testimony. | Deposition read in |
| 10 | Safiedine, Yehya | Mr. Safiedine is Plaintiff's real estate expert and will testify consistent with his deposition testimony and expert report. | In-person |

| 11 | Hendricks, Evan | Mr. Hendricks is Plaintiff's credit expert and will testify consistent with his deposition testimony and expert report. | In-person |
|---|---|---|---|
| 12 | Thompson, John | Mr. Thompson is Plaintiff's mortgage expert and will testify consistent with his deposition testimony and expert report. | In-person |
| 13 | Diaz, Pedro | Mr. Diaz has knowledge regarding the circumstances of Mayra and Sergio Aranda's previous lease of his rental property located in Downey, CA, including but not limited to, the reasons why Plaintiff and her family moved out of the home and when they moved out of the home. | In-person |

//

- 5 -

RESPECTFULLY SUBMITTED,

DATED: February 21, 2023

By: */s/David A. Chami*
David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5515
E: david@pricelawgroup.com

Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5596
E: youssef@pricelawgroup.com

*Attorneys for Plaintiff,*
*Mayra Aranda*

- 6 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

*/s/ Roxanne Harris*

- 7 -