| JOINT EXHIBIT LIST | | | |
|---|---|---|---|
| CASE NAME: *Aranda v. Nissan Motor Acceptance Corporation* | | | |
| CASE NO.: 2:21-cv-03451-CBM-PD | | | |
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 1. | Lease termination for the 9261 Account (NMAC 000001) | | |
| 2. | Lease agreement for the 9261 Account (NMAC 000002 - 000003) | | |
| 3. | Application for the 9261 Account (NMAC 000004) | | |
| 4. | Net liability notices for the 9261 Account (NMAC 000005 - 000009) | | |
| 5. | Lease agreement for the 4106 Account (NMAC 000010 - 000011) | | |
| 6. | Application for the 4106 Account (NMAC000012) | | |
| 7. | Letter re. Extending Lease for the 4106 Account (NMAC 000013) | | |

1

| | | | |
|---|---|---|---|
| 8. | Lease agreement for the 7100 Account (NMAC 000016 - 000020) | | |
| 9. | Application for the 7100 Account (NMAC 000021) | | |
| 10. | Notice of Early Termination of Lease/Intent to Sell Vehicle for the 7100 Account (NMAC 000022 - 000023) | | |
| 11. | Early Termination of Lease Statement of Sale for the 7100 Account (NMAC 000024 - 000025) | | |
| 12. | End of Lease Liability Reminder for the 7100 Account (NMAC 000026) | | |
| 13. | End of Lease Statement for the 7100 Account (NMAC 000027 – 000029) | | |
| 14. | Past Due Notifications for the 7100 Account (NMAC 000034 – 000038) | | |
| 15. | Defendant's account notes for the 9261 Account (NMAC 000039 – 000041) | | |
| 16. | Equifax May 24, 2021 Automated Data View Report for NMAC 9261 Account (NMAC 000044) | | |
| 17. | Experian Bullseye Report for NMAC 9261 Account (NMAC 000045) | | |

| | | | |
|---|---|---|---|
| 18. | Trans Union Account Reporting Review Report for NMAC 9261 Account (NMAC 000046) | | |
| 19. | Defendant's account notes for the 4106 Account (NMAC 000050 – 000054) | | |
| 20. | Equifax May 24, 2021 Automated Data View Report for NMAC 4106 Account (NMAC 000057) | | |
| 21. | Experian Bullseye Report for NMAC 4106 Account (NMAC 000058) | | |
| 22. | Trans Union Account Reporting Review Report for NMAC 4106 Account (NMAC 000059) | | |
| 23. | Defendant's account notes for the 7100 Account (NMAC 000063 – 000072) | | |
| 24. | Equifax May 24, 2021 Automated Data View Report for NMAC 7100 Account (NMAC 000076) | | |
| 25. | Experian February 22, 2022 Bullseye Report for NMAC 7100 Account (NMAC 000077) | | |
| 26. | Experian Bullseye Report for NMAC 7100 Account (NMAC 000078) | | |
| 27. | Trans Union May 24, 2021 Account Reporting Review Report for NMAC 7100 Account (NMAC 000080) | | |
| 28. | Experian June 16, 2021, ACDV re: account #7100 [NMAC 00081-82] | | |

| 29. | NMAC's Consumer Credit Reporting policies and procedures (NMAC 000084 – 000087) | | |
|---|---|---|---|
| 30. | NMAC's Indirect Disputes Procedure (NMAC 000114 – 000131) | | |
| 31. | Experian record of June 23, 2021 ACDV response for the 9261 Account (EXP-ARANDA 000013 – 000014) | | |
| 32. | Experian record of June 23, 2021 ACDV response for the 4106 Account (EXP-ARANDA 000015 – 000016) | | |
| 33. | Experian record of June 23, 2021 ACDV response for the 7100 Account (EXP-ARANDA 000017 – 000018) | | |
| 34. | Plaintiff's Equifax Information Services, LLC credit report dated April 15, 2021 (ARANDA000001 – 000079) | | |
| 35. | Plaintiff's Experian Information Solutions, Inc. credit report dated April 15, 2021 (ARANDA000080 – 000130) | | |
| 36. | Plaintiff's Trans Union LLC credit report dated April 15, 2021 (ARANDA000131 – 000147) | | |
| 37. | FundingSuite credit report prepared for Equity Smart Home Loans, Inc. (ARANDA000148 – 000160) | | |
| 38. | Loan Product Advisor Feedback Certificate (Automated Underwriting System Report) dated April 21, 2021 (ARANDA000161 – ARANDA000167) | | |

| | | | |
|---|---|---|---|
| 39. | Trans Union LLC Dispute Activity Master Record (TU0001 – 0005) | | |
| 40. | Plaintiff's Trans Union LLC credit report dated September 6, 2019 (TU0006 – 0021) | | |
| 41. | Equifax Information Services, LLC "frozen scans" regarding Plaintiff's credit file (EIS-ARANDA-000001 – 000335) | | |
| 42. | Plaintiff's 2019 Tax Documents (ARANDA000174 – 000192) | | |
| 43. | Plaintiff's 2020 Tax Documents (ARANDA000193 – 000212) | | |
| 44. | Plaintiff's Citi Retirement Savings Plan Documents (ARANDA000213 – 000215) | | |
| 45. | Sergio Aranda's Cuna Mutual Retirement Documents (ARANDA000216 – 000223) | | |
| 46. | Sergio and Mayra Aranda's Citi Account Statements November 2020 – June 2021 (ARANDA000224 – 000315) | | |
| 47. | Plaintiff's pay stubs (ARANDA000316 – 000327) | | |
| 48. | Sergio Aranda's pay stubs (ARANDA000328 – 000346) | | |
| 49. | Sergio Aranda's emails with real estate agents in April 2021 (ARANDA000347 – 000350) | | |

| | | | |
|---|---|---|---|
| 50. | Documents produced by Rocket Mortgage, LLC f/k/a Quicken Loans (ROCKET MORTGAGE 000001 – 000025) | | |
| 51. | Plaintiff's residential lease agreement dated May 25, 2021 (ARANDA000404 – 000426) | | |
| 52. | Declaration of Rocket Mortgage, LLC f/k/a Quicken Loans  dated October 19, 2022 [ARANDA000401-403] | | |
| 53. | Chase Bank USA vs Mayra Aranda Case Overview/Docket Report (NMAC000179 – 000180) | | |
| 54. | Experian June 23, 2021 correspondence to Plaintiff (EXP-ARANDA 000019-26) | | |
| 55. | August 31, 2022 email from Nikki Hilla to Plaintiff with attached documents (ARANDA 000351-357) | | |
| 56. | Consumer Financial Protection Bureau Article and Consent Order In the Matter of: Nissan Motor Acceptance Corporation (ARANDA 000358-400) | | |
| 57. | Credit Karma log ins (CK000001-3) | | |
| 58. | Credit Karma Direct Disputes (CK000004) | | |
| 59. | Credit Karma email campaigns (CK000005-19) | | |
| 60. | Credit Karma Equifax and Trans Union credit score reports (CK0000020-24) | | |
| 61. | Credit Karma screen shots (NMAC 186-188) | | |
| 62. | TransUnion Document Production (TU0001-64) | | |
| 63. | Trans Union 9/8/2019 online dispute report (TU0022) | | |
| 64. | Trans Union 9/7/2019 credit report for Plaintiff (TU0023-33) | | |

| 65. | Trans Union 4/15/2021  credit report for Plaintiff (TU0034-44) | | |
| 66. | Trans Union 4/15/2021 maintenance record for Plaintiff (TU0045-48) | | |
| 67. | Trans Union 4/15/2021  credit report for Plaintiff (TU0049-64) | | |
| 68. | 11/30/20 Audio Recording of phone conversation between Sergio Aranda and Rocket Mortgage representative | | |
| 69. | Experian Production in Response to Subpoena (EXP-ARANDA 000001-50) | | |
| 70. | List of Documents Reviewed and Created by Hendricks | | |
| 71. | CFPB Consumer Dispute Directions | | |
| 72. | TransUnion Consumer Dispute Letter Template | | |
| 73. | Invoice from Mike Safiedine | | |
| 74. | Aranda Assets as of April/May 2021 | | |
| 75. | IRS tax lien filing information (NMAC 00181) | | |
| 76. | Corona sales | | |
| 77. | Downey and Corona rentals | | |
| 78. | Johnson Circle MLS listing | | |
| 79. | 7352 Nada Street rental listing | | |
| 80. | 8208 Stewart and Gray rental listing | | |
| 81. | Equity Smart Home Loans Production in Response to Subpoena | | |
| 82. | Underwriter Summary (Form 1008) | | |
| 83. | EquitySmart Home Loans Loan Application | | |
| 84. | May 21, 2021 Experian Credit Report for Plaintiff (EXP-ARANDA 000001-12) | | |
| 85. | August 30, 2021 Experian Credit Report for Plaintiff (EXP-ARANDA 000027-38) | | |

| 86. | October 6, 2021 Experian Credit Report for Plaintiff (EXP-ARANDA 000039-50) | | |
|---|---|---|---|
| 87. | Aranda's Responses to Nissan's RFAs | | |
| 88. | Aranda's Responses to Nissan's RFPDs | | |
| 89. | Aranda's Responses to Nissan's ROG  w verification | | |
| 90. | Plaintiff's October 7, 2022 Declaration [Dkt. # 90-2] | | |
| 91. | Plaintiff's November 22, 2022 Declaration [Dkt. #113-3] | | |
| 92. | Sergio Aranda's November 29, 2022 Declaration [Dkt. # 116-3] | | |
| 93. | Federal Housing Finance Agency Overview of Enterprise Debt-to-Income Ratios white paper, dated March 27, 2019 | | |
| 94. | Funding Suite instructions for "How to Order Credit Supplements" | | |
| 95. | Freddie Mac Guide Section 5303.3 -- guidelines on additional employed income | | |

8