David A. Chami, AZ # 027585
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
Lauren Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mayra Aranda*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYRA ARANDA,<br><br>                Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>                Defendant. | Case No. 2:21-cv-03451-CBM-PD<br><br>**PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE**<br><br>Trial: April 18, 2023 at 10:00 a.m.<br><br>Before the Honorable Consuelo B. Marshall |

Plaintiff, by and through the undersigned counsel and pursuant to Local Rule 40-1, request an order continuing the trial date to July 18, 2023, or the next available time on the Court's calendar. This request is made in good faith and not for the

- 1 -

purposes of delay.

At the Final Pretrial Conference on March 14, 2023 (Doc. 155), the Court continued the trial to April 18, 2023. Thus, this motion is timely as this request is made at least five days before the day set for the trial.

Plaintiff's counsel requests that the trial date be continued due to scheduling conflicts and the unavailability of two of Plaintiff's expert witnesses during the proposed trial week. David Chami, who will be lead counsel at trial for this matter, has a final pretrial conference scheduled for April 19, 2023 with a trial start date of May 1, 2023[1]. As lead counsel, Mr. Chami is required to attend the final pretrial conference in Minnesota. Additionally, Eid al-Fitr, one of the largest Islamic holidays, is April 21, 2023. For this reason, multiple members of Plaintiff's legal team and witnesses are observing the religious month of Ramadan and will be unavailable.

At the Final Pretrial Conference, the Court indicated that the next available time on the Court's calendar was June, July or August 2023. There are currently a number of summer travel commitments set in June.  Most importantly, Plaintiff's counsel, Sylvia Bolos', wedding is set for June 24, 2023. Additionally, Plaintiff's real estate Expert Yehya Safiedine is out of town the first week of July.

---

[1] Blake Ferrin v. Experian Information Solutions, Inc., Case No. 0:20-cv-00841-NEB-TNL filed in the United States District Court for the District of Minnesota. At the time of the FPTC, Mr. Chami did not realize that he was required to be at the Ferrin FPTC in Minnesota on April 19th.

- 2 -

For these reasons, and good cause being shown, Plaintiff's counsel respectfully requests an order continuing the trial date.

Plaintiff's counsel has met and conferred with Defense Counsel. Defense Counsel indicated that their expert witnesses are available for trial on April 18, 2023. At the time of this motion, Defense Counsel has yet to confirm whether Defendant Nissan Motor Acceptance Corporation objects to this request.

RESPECTFULLY SUBMITTED,

DATED: March 17, 2023

By: */s/David A. Chami*
David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5596
E: youssef@pricelawgroup.com

Sylvia Bolos, MI # 78715
(Admitted pro hac vice)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (248) 406-6025
E: sbolos@consumerattorneys.com
*Attorneys for Plaintiff Mayra Aranda*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

*/s/ Roxanne Harris*

- 4 -