MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NISSAN MOTOR ACCEPTANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MAYRA ARANDA,

Plaintiff,

vs.

NISSAN MOTOR ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; AND EQUIFAX INFORMATION SERVICES, LLC.,

Defendants.

Case No. 2:21-CV-03451

**NMAC'S OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE TRIAL TO JULY 18, 2023**

Defendant Nissan Motor Acceptance Company LLC ("NMAC") opposes Plaintiff's request to continue the trial to July 18, 2023.

At the Final Pretrial Conference held on March 14, 2023, the Court continued the trial from March 28 to April 18, 2023. Defendant, its witnesses and counsel went to considerable lengths to facilitate this rescheduling. Defense counsel had to work around a conflict involving another matter, a long scheduled mediation in another case that was set for April 20. In addition, NMAC's credit reporting expert witness is lecturing at the nation's largest credit reporting conference in New Orleans and thus not available April 24-26. See https://credit-con.com/2023-

speakers/. However, NMAC met and conferred with Plaintiff to make sure that this witness would be able to testify by no later than April 21, in order to accommodate the rescheduled trial date of April 18.

Scheduling changes necessarily require flexibility and accommodation. Plaintiff's motion provides a laundry list of reasons why she would prefer a trial in July, but does not establish that any of the conflicts with the April 18 trial date are irresolvable.

For example, the motion does not address the possibility of rescheduling the pretrial conference in the *Blake Ferrin v. Experian Information Solutions* case involving plaintiff's counsel. Nor does the motion address the nature or extent of the unspecified conflicts involving plaintiff's expert witnesses, or whether those might be addressed through some other means—such as by scheduling their testimony for when they are available or allowing for remote testimony. Such possibilities were never discussed during the parties' communications that took place before Plaintiff filed this motion unilaterally requesting the trial be rescheduled to July 18.[1]

NMAC specifically opposes a continuance of the trial to July 18, 2023. NMAC's credit reporting expert John Ulzheimer is not available that week because he is (1) speaking at a different credit reporting conference and (2) testifying at an arbitration in the matter of *James Root v. American Express*, D. Nevada Case No. 2:20-cv-02267.

Thus, if the current trial date could not be maintained, the earliest possible date for trial would appear to be July 25, 2023. NMAC's witnesses are available that week and on the currently scheduled trial date of April 18. NMAC has not

[1] While Plaintiff's motion states that NMAC had not confirmed whether it objects to Plaintiff's request by the time the motion was filed, July 18 was not proposed as the new trial date prior to the filing of Plaintiff's motion.

confirmed the availability of its witnesses on other dates between April 18 and July 25, given Plaintiff's statements re their availability.

Defendant NMAC respectfully suggests that, if the Court and parties could participate in a scheduling conference call, they may be able to resolve this matter and retain the April 18 trial date.

DATED: March 20, 2023

SEVERSON & WERSON
A Professional Corporation

By: *Mark D. Lonergan*
MARK D. LONERGAN

Attorneys for Defendant NISSAN MOTOR ACCEPTANCE COMPANY LLC

# PROOF OF SERVICE

**Mayra Aranda v. Nissan Motor Acceptance Company LLC**
**Case No. 2:21-cv-03451**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 595 Market Street, Suite 2600, San Francisco, CA 94105.

On March 20, 2023, I served true copies of the following document(s):

**NMAC'S OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE TRIAL TO JULY 18, 2023**

on the interested parties in this action as follows:

L. Tegan Rodkey
Price Law Group APC
6345 Balboa Boulevard Suite 247
Encino, CA 91316
Tel: 818-600-5526
Fax: 818-600-5426
Email: tegan@pricelawgroup.com

Attorneys for Plaintiff
MAYRA ARANDA

Youssef H. Hammoud, Esq.
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
Tel: (818) 600-5596
Fax: (818) 600-5596
Email: Youssef@pricelawgroup.com
roxanne@pricelawgroup.com

David A. Chami (AZ #027585)
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
Tel: (480) 626-2359
Fax: (718) 715-1750
Email: dchami@consumerattorneys.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2023, at San Francisco, California.

/s/ Katrina D. Adkins
Katrina D. Adkins