David A. Chami, AZ # 027585
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
Lauren Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Mayra Aranda*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>    Defendant. | Case No. 2:21-cv-03451-CBM-PD<br><br>**PLAINTIFF'S NOTICE REGARDING PLAINTIFF'S REQUESTED MOTION IN LIMINE FILING DEADLINES** |

Plaintiff Mayra Aranda ("Plaintiff") submits the following notice regarding Plaintiff's requested deadlines for the filing of additional motions in limine in

- 1 -

response to Defendant Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation's ("NMAC") objection (Doc. 163).

Plaintiff requested the updated deadlines for the filings of motions in limine based on the Court's instruction at the Final Pretrial Conference on March 13, 2023.

At the Final Pretrial Conference, the Court advised Plaintiff that Plaintiff's objections to multiple exhibits for lack of disclosure should be addressed by motion practice so that the Court could efficiently resolve the objections prior to trial. The Court further requested more information related to Plaintiff's objection to the depo read in (in its entirety) of Credit Karma.

Due to the outstanding objections that would be better resolved through motion practice, Plaintiff requests the Court set the following updated deadlines for the filing of motions in limine:

1. Deadline to file additional motions in limine: June 5, 2023

2. Deadline to file oppositions to motions in limine: June 12, 2023

RESPECTFULLY SUBMITTED,

DATED: April 13, 2023

By: */s/David A. Chami*
David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5596
E: youssef@pricelawgroup.com

Sylvia Bolos, MI # 78715
(Admitted pro hac vice)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (248) 406-6025
E: sbolos@consumerattorneys.com
*Attorneys for Plaintiff,*
*Mayra Aranda*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

*/s/ Roxanne Harris*

- 3 -