David A. Chami, AZ # 027585
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E:yh@lawhammoud.com

*Attorneys for Plaintiff,*
*Mayra Aranda*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>  Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>  Defendant. | Case No. 2:21-cv-03451-CBM-PD<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT NISSAN MOTOR ACCEPTANCE CORPORATION'S FRCP 68 OFFER OF JUDGMENT** |

Please take notice that Plaintiff Mayra Aranda ("Plaintiff"), hereby accepts Defendant Nissan Motor Acceptance Corporation's FRCP 68 Offer of Judgment

- 1 -

dated August 4, 2023, allowing Plaintiff to take judgment in this action for Six Hundred Thousand Dollars ($600,000.00), which sum shall include all costs and attorney's fees otherwise recoverable in this action. A copy of the Offer of Judgment is attached hereto as Exhibit A.

        RESPECTFULLY SUBMITTED,

DATED: August 14, 2023

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

David A. Chami (AZ: 027585)
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Sylvia Bolos, MI # 78715
(Admitted pro hac vice)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (248) 406-6025
E: sbolos@consumerattorneys.com
*Attorneys for Plaintiff,*
*Mayra Aranda*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**HAMMOUD LAW, P.C.**

/s/ Youssef H. Hammoud