# EXHIBIT A

1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
3  J. OWEN CAMPBELL (State Bar No. 229976)
   joc@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  595 Market Street, Suite 2600
   San Francisco, California 94105
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Defendant
**NISSAN MOTOR ACCEPTANCE COMPANY LLC f/k/a NISSAN MOTOR ACCEPTANCE CORPORATION**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAYRA ARANDA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; AND EQUIFAX INFORMATION SERVICES, LLC.,<br><br>  Defendant. | Case No. 2:21-CV-03451<br><br>**OFFER OF JUDGMENT (FRCP 68)**<br><br>Trial Date:  September 26, 2023<br>Time:  10 a.m.<br>Crtrm.:  8D<br>The Honorable Consuelo B. Marshall |

Defendant NISSAN MOTOR ACCEPTANCE COMPANY LLC f/k/a NISSAN MOTOR ACCEPTANCE CORPORATION ("NMAC") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor of plaintiff Mayra Aranda against defendant NMAC in the sum of $600,000.00, which sum shall include all costs and attorney fees otherwise recoverable in this action.

/ / /

1 DATED: August 4, 2023     SEVERSON & WERSON
                            A Professional Corporation

                            By: _____
                                MARK D. LONERGAN

                            Attorneys for Defendant NISSAN MOTOR
                            ACCEPTANCE COMPANY LLC f/k/a
                            NISSAN MOTOR ACCEPTANCE
                            CORPORATION

# PROOF OF SERVICE

**Mayra Aranda v. Nissan Motor Acceptance Company LLC, Case No. 2:21-cv-03451**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 595 Market Street, Suite 2600, San Francisco, CA 94105.

On August 3, 2023, I served true copies of the following document(s):

**OFFER OF JUDGMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| Youssef H. Hammoud<br>L. Tegan Rodkey<br>Price Law Group APC<br>6345 Balboa Boulevard Suite 247<br>Encino, CA 91316 | Attorneys for Plaintiff MAYRA ARANDA<br><br>Tell: 818-600-5526<br>Fax: 818-600-5426<br>Email:<br>Youssef@pricelawgroup.com<br>tegan@pricelawgroup.com<br>roxanne@pricelawgroup.com |
| David A. Chami<br>Consumer Attorneys<br>8245 N. 85th Way<br>Scottsdale, AZ 85258 | Attorneys for Plaintiff MAYRA ARANDA<br><br>Tel: 480-626-2359<br>Fax: 718-715-1750<br>Email:<br>dchami@consumerattorneys.com |

**BY E-MAIL: By agreement of the parties or by court order**, I caused a copy of the document(s) to be sent from e-mail address kda@severson.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2023, at San Francisco, California.

                                                  /s/ Katrina D. Adkins
                                                  Katrina D. Adkins