David A. Chami, AZ # 027585
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E:yh@lawhammoud.com

*Attorneys for Plaintiff,*
*Mayra Aranda*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA, | Case No. 2:21-cv-03451-CBM-PD |
| Plaintiff, | **[PROPOSED] JUDGMENT IN A CIVIL CASE** |
| v. | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | |
| Defendant. | |

Pursuant to Plaintiff Mayra Aranda ("Plaintiff") having accepted Defendant

Nissan Motor Acceptance Corporation's ("Defendant") Offer of Judgment,

- 1 -

1  judgment is hereby entered against Defendant in the amount of six hundred

2  thousand dollars ($600,000.00).

3

4

5  DATED:

6  _____

   Honorable Consuelo B. Marshall
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -