David A. Chami, AZ # 027585
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E:yh@lawhammoud.com

*Attorneys for Plaintiff,*
*Mayra Aranda*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA ARANDA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 2:21-cv-03451-CBM-PDx<br><br>**JUDGMENT IN A CIVIL CASE**<br>**[JS-6]** |

　　Pursuant to Plaintiff Mayra Aranda ("Plaintiff") having accepted Defendant Nissan Motor Acceptance Corporation's ("Defendant") Offer of Judgment,

- 1 -

judgment is hereby entered against Defendant in the amount of six hundred thousand dollars ($600,000.00).

DATED: AUGUST 16, 2023

_____
Honorable Consuelo B. Marshall
United States District Judge